| | |
|---|---|
| 1 | Ira M. Siegel, Cal. State Bar No. 78142 |
| | email address: irasiegel@earthlink.net |
| 2 | LAW OFFICES OF IRA M. SIEGEL |
| | 433 N. Camden Drive, Suite 970 |
| 3 | Beverly Hills, California 90210-4426 |
| | Tel: 310-435-7656 |
| 4 | Fax: 310-657-2187 |
| 5 | Attorney for Plaintiff Diabolic Video Productions, Inc. |





E-filing

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Diabolic Video Productions, Inc.,
a California corporation,

              Plaintiff,

v.

DOES 1-2099,

              Defendants.

CASE NO.

PLAINTIFF'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, AND FED. RULE CIV. PRO. 7.1 DISCLOSURE STATEMENT

### PLAINTIFF'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

        Copyright Enforcement Group, Inc. has a financial interest in the recovery

        obtained by Plaintiff in this action.

PLAINTIFF'S CERTIFICATION OF INTERESTED       1
ENTITIES OR PERSONS, AND DISCLOSURE STATEMENT

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and the entity identified above, there is no such interest to report.

### FED. RULE CIV. PRO. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that there is no parent corporation or any publicly held corporation owning 10% or more of Plaintiff.

Respectfully submitted,

Date: December 22, 2010

*Ira M. Siegel*

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff Diabolic Video Productions, Inc.