UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIABOLIC VIDEO PRODUCTIONS, INC., <br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-2099,<br><br>　　　　　　Defendants. | Case No.: C 10-05865 PSG <br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A case management conference is scheduled to be held on March 29, 2011. Plaintiff failed to file the required case management statement.[1] A review of the docket does not indicate that any defendant has been served yet.

Pursuant to Fed. R. Civ. P. 4(m), if a defendant is not served within 120 days after the complaint is filed, the court must dismiss the action unless the plaintiff shows good cause for the failure. Plaintiff filed the Complaint on December 23, 2010. Thus, defendants must be served by April 22, 2011.

IT IS HEREBY ORDERED that the case management conference is continued to May 3, 2011 at 2 p.m.

IT IS FURTHER ORDERED that no later than April 26, 2011, the parties shall file a joint

---

[1] *See* 3/4/2011 Clerk's Notice (requiring that a case management statement be submitted no later than March 22, 2011).

ORDER, *page 1*

1 case management statement. If Defendants have not been served, Plaintiff must file a case
2 management statement showing any good cause that exists for the failure to serve.
3 Dated: March 28, 2011

                                          PAUL S. GREWAL
                                          United States Magistrate Judge