UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIABOLIC VIDEO PRODUCTIONS, INC., | ) | Case No.: C 10-05865 PSG |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| DOES 1-2099, | ) ) | |
| Defendants. | ) ) | |

A case management conference is scheduled to be held on May 24, 2011.

IT IS HEREBY ORDERED that the case management conference is continued to June 7, 2011 at 2 p.m.

Dated:  May 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 10-5265
ORDER