United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIABOLIC VIDEO PRODUCTIONS, INC., <br><br>　　　　　Plaintiff, <br>　v. <br>DOES 1-2099, <br><br>　　　　　Defendants. | Case No.: C 10-5865 PSG <br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE WHY DEFENDANTS HAVE NOT BEEN SERVED** |

On March 28, 2011, the court continued the case management conference to May 3, 2011 because Plaintiff had not filed the required case management statement. The court also noted that the deadline for serving Defendants according to Fed. R. Civ. P. 4(m) was April 22, 2011. The court ordered Plaintiff to submit a case management statement by April 26, 2011 and, if Defendants had not been served by that date, to include a statement showing any good cause for the failure to serve. On April 26, 2011, Plaintiff filed a statement explaining that Defendants' anonymity has made service difficult and that Plaintiff has been working with ISPs to prepare for expedited disclosure of Defendants' identities if early discovery were permitted.

Plaintiff has stated good cause for its failure to serve Defendants. The order to show cause therefore is dissolved.

IT IS SO ORDERED.

Dated: June 2, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.: 10-5865
ORDER