| | |
|---|---|
| 1 | Ira M. Siegel, Cal. State Bar No. 78142 |
| 2 | email address: irasiegel@earthlink.net<br>LAW OFFICES OF IRA M. SIEGEL |
| 3 | 433 N. Camden Drive, Suite 970<br>Beverly Hills, California 90210-4426 |
| 4 | Tel:    310-435-7656<br>Fax:   310-657-2187 |
| 5 | Attorney for Plaintiff Diabolic Video Productions, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIABOLIC VIDEO PRODUCTIONS, INC., | CASE NO. CV 10-05865 PSG |
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendant, Namely Doe 1** |
| v. | |
| DOES 1- 2099, | |
| Defendants. | |

Plaintiff dismisses without prejudice Doe 1 from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: August 11, 2011

*Ira M. Siegel* (signature)

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:   310-657-2187

Attorney for Plaintiff Diabolic Video Productions, Inc.